## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DELANO HALE, | : | |
| | : | Case No. 1:18-cv-00504 |
| Petitioner, | : | |
| | : | JUDGE SARA LIOI |
| v. | : | |
| | : | |
| TIM SHOOP, Warden, | : | |
| | : | |
| Respondent. | : | *Death Penalty Case* |

### WARDEN'S NOTICE OF MANUAL FILING OF VIDEO EXHIBITS

The Warden hereby notifies the Court and all parties of the filing of one (1) flash drive containing video files which should be considered filed as part of the electronically filed appendix to the return of writ. [ECF #7]. A motion for leave to manually file the video exhibits was filed on August 14, 2018 [ECF #9], which was granted by notation order on September 20, 2018. A copy of the flash drive is also being provided to Counsel for Hale.

Respectfully submitted,

MICHAEL DEWINE
Ohio Attorney General

s/ *Brenda S. Leikala*

**BRENDA S. LEIKALA (0072635)***
Senior Assistant Attorney General
Criminal Justice Section, Capital Crimes Unit
150 East Gay Street, 16th Floor
Columbus, Ohio 43215-3428
(614) 995-1930; (fax) (877) 469-0567
brenda.leikala@ohioattorneygeneral.gov
**COUNSEL FOR RESPONDENT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Warden's Notice of Manual Filing of Video Exhibits* has been forwarded via the court's electronic filing to all parties of record this 20th day of September, 2018.

s/ *Brenda S. Leikala*
_____
**BRENDA S. LEIKALA (0072635)***
Senior Assistant Attorney General